IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ARSUS, LLC,<br>　　　*Plaintiff* | § § § § | |
| -vs- | § § § | W-22-CV-00276-ADA |
| TESLA, INC.,<br>　　　*Defendant* | § § § § | |

# ORDER

Before the Court is Defendant Tesla, Inc's Motion to Transfer to the Northern District of California Under 28 U.S.C. § 1404 (ECF No. 38). After a careful consideration of the briefings and the oral arguments made by counsel at a hearing on the motions, for the extensive reasoning recited on the record, the Court hereby **GRANTS** Defendant's Motion and **ORDERS** the case be transferred to the Northern District of California. The Court **ORDERS** that this case be stayed for 14 days, pending the resolution of any objections to this Order.

SIGNED this 15th day of February, 2023.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE